## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| EVA COKER, | ) | 3:20-cv-00138-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | April 21, 2020 |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KAREN WALKER    REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is the Defendant's *Ex Parte* Motion for Stay of Proceedings (ECF No. 11).  Plaintiff is directed to file a response to the Commissioner's motion no later than **noon, Monday, April 27, 2020**.

Counsel for the Commissioner is reminded that under Local Rule IA 7-2, a motion is *ex parte* if it "… is filed with the court but *not served* on the opposing or other parties" (emphasis added).  Because the Commissioner's motion was served on opposing counsel (ECF No. 11 at 4), by rule the motion is not *ex parte*.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
         Deputy Clerk