UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVA COKER,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 3:20-cv-00138-WGC<br><br>**ORDER**<br><br>Re:  ECF No. 11 |

Before the court is Defendant's Motion for Stay of Proceedings (ECF No. 11).[1]  Plaintiff has filed her response (ECF No. 13).

Good cause appearing, Defendant's Motion for Stay of Proceedings (ECF No. 11) is **GRANTED** in part. The court extends Defendant's deadline to file the certified administrative record until **Friday, June 19, 2020**. Defendant shall file a status report no later than **Friday, June 5, 2020**, setting forth the current circumstances in the Social Security Administration regarding the production of certified administrative records.  If a further extension of the deadline is necessary, Defendant must file that request no later than **Friday, June 5, 2020**.

///

---

[1] Defendant titles his filing as an *ex parte* motion; however, it is not filed on an *ex parte* basis and it would not have been appropriate for Defendant to have filed the motion *ex parte*.

**IT IS SO ORDERED.**

Dated: April 24, 2020.

*William G. Cobb*
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE

2