NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

MARCELO ILLARMO, MABN 670079
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8944
Facsimile: (415) 744-0134
E-Mail: marcelo.illarmo@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EVA COKER,<br><br>  Plaintiff,<br><br>  v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>  Defendant. | Case No.: 3:20-cv-00138-WGC<br><br>**ORDER GRANTING**<br>UNOPPOSED MOTION FOR EXTENSION OF TIME (SECOND REQUEST) |

  Defendant Andrew Saul, Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her response to Plaintiff's Complaint, due on June 19, 2020 by 60 days, through and including August 18, 2020.

  Defendant respectfully requests this for the reasons stated in the Status Report filed with the Court. This request is made in good faith with no intention to unduly delay the proceedings.

  Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on May 29, 2020.

Dated: June 5, 2020

          Respectfully submitted

          NICHOLAS A. TRUTANICH
          United States Attorney

          */s/ Marcelo Illarmo*
          MARCELO ILLARMO
          Special Assistant United States Attorney


IT IS SO ORDERED:

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE

DATED: June 5, 2020