NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

MARCELO ILLARMO, MABN 670079
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8944
Facsimile: (415) 744-0134
E-Mail: marcelo.illarmo@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EVA COKER, | ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 3:20-cv-00138-WGC ) |
| ANDREW SAUL, | ) ORDER GRANTING |
| Commissioner of Social Security, | ) UNOPPOSED MOTION FOR EXTENSION ) OF TIME TO REPOSND TO PLAINTIFF'S |
| Defendant. | ) MOTION TO REMAND (FIRST REQUEST) ) |

Defendant Andrew Saul, Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file his response to Plaintiff's Motion to Remand due on August 31, 2020 by 30 days, through and including September 30, 2020.

Defendant respectfully requests this additional time because Defendant's counsel was recently scheduled to undergo a medical procedure on August 31, 2020, and will need to take time prior to the procedure for Covid-19 testing. This unanticipated medical leave will impact counsel's ability to brief this case by August 31, 2020. This request is made in good faith with no intention to unduly delay the proceedings.

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this

1  motion, on August 20, 2020.

4     Dated: August 21, 2020

                                          Respectfully submitted

                                          NICHOLAS A. TRUTANICH
                                          United States Attorney

                                          */s/ Marcelo Illarmo*
                                          MARCELO ILLARMO
                                          Special Assistant United States Attorney

                                          IT IS SO ORDERED:

                                          *William G. Cobb*
                                          UNITED STATES MAGISTRATE JUDGE

                                          DATED: August 24, 2020